*E-Filed 1/18/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. HAYNES, | No. C 11-05021 RS |
| Plaintiff, | **RECUSAL ORDER** |
| v. | |
| CHRISTIAN HANSON, et al., | |
| Defendants. | |

I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated:  1/18/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

RECUSAL ORDER