**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                              415.522.2000

April 26, 2012

CASE NUMBER:  CV 11-05021 EMC
CASE TITLE:  HAYNES-v-HANSON ET AL

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Yvonne Gonzales Rogers** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **YGR** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/26/12

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
                                                                                                Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                            Entered in Computer 4/26/12 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                   Transferor CSA