1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

GREGORY M. HAYNES,

      Plaintiff,

    vs.

CHRISTIAN HANSON, BRENDA TOLBERT, DOE ALMARZ, PHILIP COUGHLIN, MOSEH P. OBERSEIN, DENNIS HERRERA, JOANE HOEPER, DANIEL MURPHY AND DANIEL ZAHEER,

      Defendants.

**Case No.: 11-CV-5021 YGR**

**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE; ORDER VACATING CASE MANAGEMENT**

    **PLAINTIFF GREGORY M. HAYNES IS HEREBY ORDERED ORDER TO SHOW CAUSE** why his claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. It appears to the Court that Plaintiff Gregory M. Haynes has failed to serve Defendants in this action, which was filed October 11, 2011. Plaintiff Gregory M. Haynes also has failed to file a case management statement in accord with the Clerk's Notice issued May 11, 2012.

    The hearing on the order to show cause will be held on **September 28, 2012, at 9:01 a.m.** in the Oakland Federal Courthouse, 1301 Clay Street, Oakland. Plaintiff shall file a written response to this Order to Show Cause no later than September 21, 2012. If plaintiff fails to file a written response, personal appearance at the hearing will be required. If plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

    The case management conference currently set for September 10, 2012, is **VACATED**.

    **IT IS SO ORDERED**.

**Date: September 5, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**