**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY M. HAYNES,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHRISTIAN HANSON, BRENDA TOLBERT, DOE ALMARZ, PHILIP COUGHLIN, MOSEH P. OBERSEIN, DENNIS HERRERA, JOANE HOEPER, DANIEL MURPHY AND DANIEL ZAHEER,<br><br>    Defendants. | **Case No.: 11-CV-5021 YGR**<br><br>**ORDER CONTINUING COMPLIANCE DATE** |

In light of the Statement re: Service (Dkt No. 18) filed by Plaintiff on October 30, 2012, the Court **CONTINUES** the compliance hearing set for Friday, November 2, 2012 to **November 30, 2012**, at 9:01 a.m.  Plaintiff is **ORDERED** to file proofs of service of summons and, if necessary, an updated statement regarding service no later than **November 16, 2012**.

**IT IS SO ORDERED**.

Date: October 31, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**