**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY M. HAYNES,<br>    Plaintiff,<br><br>vs.<br><br>CHRISTIAN HANSON, BRENDA TOLBERT, DOE ALMARZ, PHILIP COUGHLIN, MOSEH P. OBERSEIN, DENNIS HERRERA, JOANE HOEPER, DANIEL MURPHY AND DANIEL ZAHEER,<br>    Defendants. | **Case No.: 11-CV-5021 YGR**<br><br>**ORDER CONTINUING COMPLIANCE DATE** |

On September 4, 2012, this Court issued an Order to Show Cause re: Dismissal for Failure to Prosecute. (Dkt. No. 16.) In response to that Order to Show Cause, Plaintiff requested and was granted until October 26, 2012, to file proofs of service as to all defendants. On October 30, 2012, Plaintiff filed a Statement Re: Service indicating that he had not completed service and sought additional time to serve them. (Dkt. No. 18.) The Court again extended Plaintiff's time to file proofs of service or an explanation of his failure to do so no later than November 16, 2012. (Dkt No. 20.) Plaintiff has timely filed a statement indicating that some, but not all, defendants have been served. (Dkt. No. 21.)

In light of the status of service, the Court **CONTINUES** the compliance hearing set for Friday, November 30, 2012, to **January 18, 2013,** at 9:01 a.m. Plaintiff is **ORDERED** to file proofs of service of summons as to all unserved defendants no later than **January 4, 2013**. Should Plaintiff fail to have served the remaining defendants by that time, the Court is inclined to dismiss the claims as to those defendants.

**IT IS SO ORDERED**.

Date: November 29, 2012

                                              _____
                                            **YVONNE GONZALEZ ROGERS**
                                            **UNITED STATES DISTRICT COURT JUDGE**