UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY M. HAYNES**, <br><br> Plaintiff, <br><br> vs. <br><br> **CHRISTIAN HANSON,** *et al.*, <br><br> Defendants. | Case No.: 11-cv-5021-YGR <br><br> **ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |

On November 29, 2012, Plaintiff Gregory M. Haynes filed a Motion for Permission for Electronic Case Filing (ECF).  Good cause appearing, the motion is granted.  Plaintiff is cautioned that utilization of the e-filing system means that he will be presumed to receive all Court filings and other notifications when they are transmitted electronically, and the Court will not excuse any failure to abide by all Court rules and deadlines due to any lack of notice because such notice was provided in electronic form only.  Any such failure will result in revocation of Plaintiff's e-filing permission.

Plaintiff is has informed the Court that he is currently a registered user under the email address gregorymhaynes@yahoo.com.

**IT IS SO ORDERED.**

Dated: **December 3, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**