MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-6909
FAX: (415) 436-6748
Jonathan.lee@usdoj.gov
Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY HAYNES, | CASE NO. 11-5021 YGR |
| Plaintiff, | ORDER GRANTING STIPULATION ~~AND PROPOSED ORDER~~ |
| v. | AND RESETTING HEARINGS ON PENDING MOTIONS |
| CHRISTIAN HANSON, et al., | |
| Defendants. | |

PLAINTIFF AND THE FEDERAL DEFENDANTS STIPULATE AS FOLLOWS:

1. On December 28, 2012, Federal Defendants Brenda Tolbert, Christian Hanson, Phillip Couglin, Moshe Oberstein, and Doe Almaraz filed a motion to dismiss in this case, with a hearing date of February 12, 2013, at 2:00 p.m. in Courtroom 5, 2nd Floor, 1301 Clay Street, Oakland, California.

2. On January 7, 2013, plaintiff Gregory Haynes requested a one week extension of time for the filing of his opposition and a one week postponement of the hearing date.

3. To accommodate plaintiff's request, the Federal Defendants have agreed to extend the time for plaintiff to file his opposition by seven days to January 18, 2013.

4. Additionally, the Federal Defendants have agreed to plaintiff's request for a one week postponement of the hearing to February 19, 2013, at 2:00 p.m. in Courtroom 5, 2nd Floor, 1301 Clay Street, Oakland, California.

IT IS SO STIPULATED.

DATED: January 7, 2013          /s/Gregory M. Haynes
                                Gregory M. Haynes
                                In Pro Per

DATED:  January 7, 2013         _____
                                Assistant U.S. Attorney Jonathan U. Lee
                                Attorneys for the Federal Defendants

3. To accommodate plaintiff's request, the Federal Defendants have agreed to extend the time for plaintiff to file his opposition by seven days to January 18, 2013.

4. Additionally, the Federal Defendants have agreed to plaintiff's request for a one week postponement of the hearing to February 19, 2013, at 2:00 p.m. in Courtroom 5, 2nd Floor, 1301 Clay Street, Oakland, California.

IT IS SO STIPULATED.

DATED:   January 7, 2013

Plaintiff Gregory M. Haynes

DATED:   January 8, 2013

Assistant U.S. Attorney Jonathan U. Lee
Attorneys for the Federal Defendants

(PROPOSED) ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Plaintiff's opposition to the motion to dismiss must be filed no later than January 18, 2013.

The hearing date for the motion to dismiss is changed to February 19, 2013 at 2:00 p.m. in Courtroom 5, 2nd Floor, 1301 Clay Street, Oakland, California. (Dkt. No. 29.) Likewise, the hearing on the motion of Defendants Dennis Herrera, et al. to Dismiss is CONTINUED to February 19, 2013, at 2:00 p.m. (Dkt. No. 22.)

DATED:   January 9, 2013

Hon. YVONNE GONZALEZ ROGERS
United States District Judge