UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. HAYNES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIAN HANSON, et al.,<br><br>　　　　　Defendants. | Case No. 11-cv-05021-JST<br><br>**ORDER TO SHOW CAUSE WHY PLAINTIFF'S CLAIMS AGAINST DEFENDANT COUGHLIN SHOULD NOT BE DISMISSED WITH PREJUDICE PURSUANT TO RULE 41(B), AND RE-SCHEDULING MOTION HEARING AND CASE MANAGEMENT CONFERENCE** |

Defendants in this case have filed a motion to dismiss, and to strike portions of, Plaintiff's First Amended Complaint. ECF No. 58. In that motion, Defendants move to dismiss Plaintiff's claims against Defendant Coughlin with prejudice for failure to serve.

The Court hereby issues an ORDER TO SHOW CAUSE why Plaintiff's claims against Defendant Coughlin should not be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and for failure to follow the Court's orders to serve all defendants. <u>See</u> Order Continuing Compliance Date, ECF No. 24, at 1:20-24; Order Granting Motions to Dismiss, ECF No. 55, at 14:5-8.

Plaintiff may file a brief of not more than five pages by July 1 showing cause why his claims against Defendant Coughlin should not be dismissed with prejudice. Defendants may file a response of not more than five pages, by July 8. There will be no reply.

The hearing on the order to show cause will be held concurrently with the hearing on Defendant's motion to dismiss and motion to strike, which the Court hereby RE-NOTICES for

1 July 18, 2013, at 2:00 P.M., in Courtroom 9, 450 Golden Gate Avenue, 19th Floor, San Francisco, California.

Although the Court anticipates that it will be unnecessary to set dates in this case until the pleadings are settled, the Court also CONTINUES the case management conference currently scheduled for July 10 to also occur on July 18. If there are any case management issues the parties need to discuss with the Court, they should raise them in the case management statement that is now due July 8.

**IT IS SO ORDERED.**

Dated: June 21, 2013

_____
JON S. TIGAR
United States District Judge