UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. HAYNES,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTIAN HANSON, et al.,<br><br>    Defendants. | Case No. 11-cv-05021-JST<br><br>**ORDER SETTING HEARING REGARDING DEFENDANT MANUEL ALMARAZ'S PARTICIPATION IN THIS SUIT, CONTINUING HEARING ON ORDER TO SHOW CAUSE, AND VACATING HEARING ON MOTION TO DISMISS**<br><br>Re: ECF No. 72. |

This is a lawsuit filed by Plaintiff Gregory Haynes against several defendants, one of whom is Manuel Almaraz. Until recently, the United States Attorney's Office represented to this Court that it was Mr. Almaraz's attorney in this matter. However, the United States Attorney's Office recently submitted a supplemental case management which states that "[i]n checking the case files in this case recently, counsel for the Federal Defendants Hanson, Oberstein and Coughlin realized that the U.S. Attorney's Office has not received written authorization from Defendant Almaraz to represent him in this action." ECF No. 72, at 2:6-9.

The Court hereby sets a hearing for Friday, July 26, at 10:00 AM in Courtroom 9, 450 Golden Gate Avenue, San Francisco, California, to discuss the issues raised by this new information. The Court directs the Clerk of the Court to mail a copy of this order to Mr. Almaraz at the address at which he was apparently served with this lawsuit in February. See Proof of Service, ECF No. 49.

Mr. Almaraz may wish to attend the July 26 hearing or to authorize an attorney to appear at the hearing to represent him. In the event that Mr. Almaraz does not have counsel in this matter,

the Court refers him to http://www.cand.uscourts.gov/proselitigants, which includes helpful information for parties representing themselves in civil cases in this district. The Court also attaches a flyer with information from the Legal Help Center run by the Bar Association of San Francisco. If any party in this case is in communication with Mr. Almaraz, the Court requests that that party provide this order to him as soon as possible.

At the July 26 hearing, the Court expects to discuss with the parties, among other issues, the effect of the U.S. Attorney's Office's disclosure on: (1) Mr. Almaraz's participation in this case; (2) the Court's previous order granting a motion to dismiss which was filed by the U.S. Attorney's Office on behalf of, among other parties, Mr. Almaraz, ECF No. 55; and (3) the motion to dismiss currently pending before this Court, which was filed by the U.S. Attorney's Office on behalf of, among other parties, Mr. Almaraz. ECF No. 58.

Based on the information currently before it, the Court does not recognize the U.S. Attorney's Office authority to "specially appear" on behalf of Mr. Alamaraz in the pending motion to dismiss, ECF No. 58, as suggested in the supplemental case management statement, at 2:13-14.

The hearing on the Order to Show Cause Why Plaintiff's Claims against Defendant Coughlin Should Not Be Dismissed with Prejudice Pursuant to Rule 41(b), ECF No. 65, is CONTINUED to July 26, and will occur at the same time as the newly scheduled hearing. The hearing on the Federal Defendants' Motion to Dismiss is hereby VACATED, and the Court will determine whether and when that hearing will be rescheduled on or after July 26.

**IT IS SO ORDERED**.

Dated: July 12, 2013

_____
JON S. TIGAR
United States District Judge