UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. HAYNES,<br><br>  Plaintiff,<br><br>  v.<br><br>CHRISTIAN HANSON, et al.,<br><br>  Defendants. | Case No.  11-cv-05021-JST<br><br>**ORDER CONSTRUING MOTIONS BROUGHT BY THE U.S. ATTORNEY'S OFFICE TO BE BROUGHT ONLY ON BEHALF OF DEFENDANTS OTHER THAN MANUEL ALMARAZ; NOTICING HEARING ON MOTION TO DISMISS FOR SEPTEMBER 5, 2013** |

This is a lawsuit filed by Plaintiff Gregory Haynes ("Plaintiff") against several defendants, one of whom is Manuel Almaraz. Until recently, the United States Attorney's Office represented to this Court that it was Defendant Almaraz's attorney in this matter. Specifically, the U.S. Attorney's Office brought a motion to dismiss claims against, *inter alia*, Defendant Almaraz, which this Court granted. ECF Nos. 29 & 55. After Plaintiff amended his complaint, the U.S. Attorney's Office brought another motion to dismiss claims against, *inter alia*, Defendant Almaraz. ECF No. 58. That motion is currently pending before this Court.

The United States Attorney's Office recently submitted a supplemental case management which states that "[i]n checking the case files in this case recently, counsel for the Federal Defendants Hanson, Oberstein and Coughlin realized that the U.S. Attorney's Office has not received written authorization from Defendant Almaraz to represent him in this action." ECF No. 72, at 2:6-9.

The Court set a hearing for Friday, July 26, to discuss the issues raised by this new information. The Court directed the Clerk of the Court to mail a copy of this order to Mr. Almaraz at the address at which Plaintiff claims he personally served Mr. Almaraz in February. <u>See</u> Proof

of Service, ECF No. 49. Neither Plaintiff nor Defendant Almaraz appeared at the hearing.[1] Counsel for the United States Attorney's Office appeared at the hearing, and confirmed that his office has not been in communication with Defendant Almaraz at any time, and has not been authorized to represent him.

The Court now considers its previous dismissal order to be void as to claims brought against Defendant Almaraz. The Court also construes the currently pending motion to dismiss to be brought only on behalf of defendants other than Defendant Almaraz. So construed, the Court now notices that motion for hearing on September 5, 2013, at 2:00 p.m., in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: July 26, 2013

_____
JON S. TIGAR
United States District Judge

---

[1] Minutes before the hearing was noticed to begin at 10:00 a.m., Plaintiff called the courtroom deputy to say that he would be arriving 45 minutes late. The Court delayed the hearing until 10:45 a.m., and when the hearing concluded at 11:07 a.m., Plaintiff still had not arrived.