UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. HAYNES,<br><br>  Plaintiff,<br><br> v.<br><br>CHRISTIAN HANSON, et al.,<br><br>  Defendants. | Case No.  11-cv-05021-JST<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Re: ECF No. 82 |

Plaintiff has filed an "Objection to Orders and Request For Vacation of Orders," ECF No. 82, which the Court construes as a motion for reconsideration pursuant to Civil Local Rule 7-9. Leave of court is required before such motion may be filed, and the motion for leave must show, *inter alia*, "a material difference in fact or law," "[t]he emergence of new material facts or a change of law," or "[a] manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court." Civil Local Rule 7-9(a), (b).  Plaintiff has not requested leave of court and has not made the required showing.  The motion is DENIED.

**IT IS SO ORDERED**.

Dated: August 2, 2013

_____
JON S. TIGAR
United States District Judge