UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. HAYNES,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTIAN HANSON, et al.,<br><br>    Defendants. | Case No. 11-cv-05021-JST<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT WITH PROPOSED SCHEDULE** |

Not later than 14 days from the date of this order, the parties are ordered to file a Joint Case Management Statement conforming to the Standing Order for All Judges of the Northern District of California (available at http://www.cand.uscourts.gov/jstorders). The parties are particularly directed to propose dates for the remaining schedule in this case, including but not limited to: fact and expert discovery cut-offs, a deadline to file dispositive motions, a trial date, an estimate of the number of days for trial. If the parties propose competing schedules, the Court is very likely to choose whichever of the two proposals appears to be more reasonable rather than attempting to reconcile the two proposals.

After receiving the case management statement, the Court will set the matter for a case management conference if one appears to be necessary.

**IT IS SO ORDERED.**

Dated: October 4, 2013

_____
JON S. TIGAR
United States District Judge