1  MELINDA HAAG (SBN 132612)
   United States Attorney
2  ALEX G. TSE (SBN 152348)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4  450 Golden Gate Ave., 9th Floor
   San Francisco, CA  94102-3495
5  Telephone: (415)436-6909
   Facsimile: (415)436-6748
6  Email:  jonathan.lee@usdoj.gov
   Attorneys for Defendants
7  HANSON AND OBERSTEIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY M. HAYNES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIAN HANSON, ET AL.<br><br>　　　　　Defendants. | Case No.   C 11-05021 JST<br><br>**STIPULATION AND (PROPOSED)**<br>**ORDER REGARDING ORDER**<br>**STAYING CASE** |

BY AND THROUGH THEIR COUNSEL OF RECORD, THE PARTIES STIPULATE AS FOLLOWS:

1. On October 11, 2013, the Court issued the Order Staying Action. (Dkt. No. 92)

2. Pursuant to the Court's instructions in the Order Staying Action, the stay lifted on October 18, 2013, the date of restoration of funding to the Department of Justice. Therefore, the parties understand that the stay was in effect from October 1-18, 2013, or 18 days.

3. On October 4, 2013, the Court issued an order (Dkt. No. 88) directing the parties to file a joint case management conference statement within fourteen days of the date of the order.

4. The parties agree that the deadline for the filing of a joint case management conference statement is extended by the length of the shutdown, namely 18 days.

5. The new date by which the parties must file a joint case management statement is November 5, 2013.

IT IS SO STIPULATED.

Dated: October 31, 2013

By: /s/ Gregory M. Haynes .
GREGORY M. HAYNES
*Plaintiff*

Dated: October 25, 2013               UNITED STATES ATTORNEY

By: /s/ .
JONATHAN U. LEE
ASSISTANT U.S. ATTORNEY
*Attorneys for Defendants Hanson and Oberstein*

1 **(PROPOSED) ORDER**

2

3        PURSUANT TO STIPULATION, IT IS SO ORDERED.

4        The parties shall file a joint case management conference statement on or before November

5  5, 2013.

6

7  November 4, 2013                              _____

8                                                Hon. JON S. TIGAR
                                                  UNITED STATES DISTRICT JUDGE

-3-
**STIPULATION AND PROPOSED ORDER - CASE NO. C11-05021 JST**