UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. HAYNES,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTIAN HANSON, et al.,<br><br>        Defendants. | Case No.  11-cv-05021-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: Dkt. No. 116 |

Before the Court is Defendants' Motion to Dismiss.  Dkt. No. 116.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument.  The hearing on this matter, currently scheduled for October 2, 2014, is hereby VACATED.

        **IT IS SO ORDERED**.

Dated:

_____
JON S. TIGAR
United States District Judge