UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. HAYNES,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTIAN HANSON, et al.,<br><br>    Defendants. | Case No.  11-cv-05021-JST<br><br>**ORDER VACATING TRIAL DATES AND SETTING CASE MANAGEMENT CONFERENCE** |

The only Defendants remaining in this litigation, Manuel Almaraz and Daniel Mahoney, have not yet appeared before the Court. Accordingly, the pre-trial conference scheduled for November 11, 2014, and the trial date scheduled from December 1 through December 16, 2014, are hereby VACATED. The Court hereby SETS a Case Management Conference for February 4, 2015.

**IT IS SO ORDERED.**

Dated: October 28, 2014

_____
JON S. TIGAR
United States District Judge