UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY M. HAYNES,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTIAN HANSON, et al.,<br><br>    Defendants. | Case No. 11-cv-05021-JST<br><br>**ORDER DIRECTING DEFENDANTS TO SUBMIT PROPOSED JUDGMENT**<br><br>Re: ECF No. 135 |

In previous orders, the Court granted summary judgment in favor of Defendants Christian Hanson and Moshe Oberstein, ECF No. 135, and dismissed the complaint with prejudice as to Defendant Philip Coughlin. ECF No. 79.

The Court hereby orders those Defendants to provide a form of proposed judgment to the Court within 15 days of entry of this order.

IT IS SO ORDERED.

Dated: February 3, 2015

_____
JON S. TIGAR
United States District Judge